UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dishawn Lamonte Goss**                           **Docket No. 4:11-CR-103-1H**

**Petition for Action on Supervised Release**

COMES NOW Christopher Studley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dishawn Lamonte Goss, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 846, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 13, 2012, to the custody of the Bureau of Prisons for a term of 135 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Dishawn Lamonte Goss was released from custody on January 31, 2020, at which time the term of supervised release commenced in the Eastern District of Virginia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 31, 2020, Dishawn Lamonte Goss was released to the supervision of the Eastern District of Virginia, Newport News Division, to commence his 5-year term of supervised release. Goss resides in Hampton, Virginia and works as a truck driver in Newport News, Virginia. Goss's supervising probation officer, Rodney D. Carter, has requested that Goss's conditions of release be modified to remove his no credit condition and to modify his substance abuse condition to reflect that he will be referred to treatment if he tests positive for controlled substances. Goss has agreed to the modifications proposed.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant's substance abuse treatment and testing special condition is modified to the following: If the defendant tests positive for controlled substances, he shall participate in a program approved by the United States Probation Office for substance abuse, which program may include outpatient or residential treatment and testing to determine whether the defendant has reverted to the use of drugs and alcohol, with partial costs to be paid by the defendant, all as directed by the U.S. Probation Officer.

The defendant's following special condition is removed: The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Dishawn Lamonte Goss**
**Docket No. 4:11-CR-103-1H**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Julie W. Rosa | /s/ Christopher Studley |
| Julie W. Rosa | Christopher Studley |
| Supervising U.S. Probation Officer | Sr. U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8669 |
| | Executed On: July 28, 2020 |

## ORDER OF THE COURT

Considered and ordered this ___29th___ day of _____July_____, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge